# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHAWANDA CROOMS,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-652-Orl-22KRS**

**STEWART-MARCHMAN FOUNDATION, INC.,**

       **Defendant.**

_____

## ORDER

This cause is before the Court on Parties' Renewed Motion for Approval of Settlement Agreement (Doc. No. 29) filed on December 1, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 4, 2008 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Motion for Approval of Settlement Agreement (Doc. No. 29) is GRANTED. The Court finds that the compensation Plaintiff will receive pursuant to the Settlement Agreement is a fair resolution of a bona fide dispute under the FLSA.

   3.  The Court declines to reserve jurisdiction to enforce the settlement agreement.

   4.  This case is DISMISSED WITH PREJUDICE.

   5.  The Clerk is directed to CLOSE the file.

 **DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 22, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

_____
ANNE C. CONWAY
United States District Judge